UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.:_____

**PUROSYSTEMS, INC.,** a Florida
corporation,

      Petitioner,

vs.

**SHANNON BELTRAN** and
**CARLOS BELTRAN**,

      Respondent.
_____/

## PETITION TO CONFIRM ARBITRATION AWARD

Petitioner, PuroSystems, Inc., ("**PuroSystems**") requests confirmation of an arbitration award against Respondents, Shannon Beltran and Carlos Beltran, and states as follows:

1. This is an action to confirm an arbitration award brought pursuant to 9 U.S.C. § 9.

2. The Court has original jurisdiction over this proceeding under 28 U.S.C. § 1338(a) based on an Act of Congress relating to trademarks.

3. Venue for this proceeding is proper in this Court pursuant to 9 U.S.C. § 9, 28 U.S.C. §§ 1391(a)(2), 1391(a)(3) and 1391(c), and Section 20 of the hereinafter described Franchise Agreement.

4. Petitioner is a corporation organized and existing under the laws of the State of Florida with its principal place of business in Tamarac, Broward County, Florida.

5. Respondents are two (2) individuals who are citizens of and are domiciled in Mount Airy, Frederick County, Maryland.

6. Petitioner and Respondents are parties to a written franchise agreement involving interstate commerce and calling for the resolution of disputes by arbitration. A copy of the parties' Franchise Agreement is attached as **Exhibit A.**

7. In accordance with the parties' agreement to arbitrate, and upon the occurrence of certain disputes between them, Petitioner initiated an arbitration proceeding against Respondents before the American Arbitration Association.

8. The Honorable Fredricka G. Smith, Glenn J. Waldman, and Graham A. Allen were the duly appointed arbitrators to hear the parties' dispute.

9. The Panel heard the dispute, and rendered the Award on April 2nd, 2013. A copy of the Award is attached as **Exhibit B.**

10. The Award ordered Respondents to pay Petitioner the sum of $47,726.35, plus interest at the statutory rate from the date of this Award until paid in full.

11. The Award also ordered injunctive relief, enjoining the Respondents, their agents, servants and employees, and those people in active concert or participation with them from:

    a. Using PuroSystems' marks, including PuroClean® and the Paramedics of Property Damage® or any trademark, service mark, logo, brand name, trade name, slogan or other business or commercial designation of PuroSystems' that is confusingly similar thereto;

    b. Otherwise infringing upon PuroSystems' marks or using any similar designation, alone or in combination with any other components;

    c. Causing a likelihood of confusion or misunderstanding as to the source or sponsorship of their businesses or services; and

        d.    Causing a likelihood of confusion or misunderstanding as to the Respondents' affiliation, connection or association with Claimant and its franchisees or any of their services, including by identifying themselves as a present or former PuroClean® franchisee.

12.    The Award further ordered Respondents to eliminate all advertising made under or in association with Claimant's marks including by removing the same from any vehicles they own or possess and cancelling all media placements in newspapers, flyers, coupons, promotions, signs, telephone books, telephone directory assistance listings and mass mailings at their earliest opportunity and in no even later than thirty days from the date of this award.

13.    The Award further Ordered that Respondents shall deliver to Petitioner's counsel all training materials and manuals they received in their operation of PuroClean®, and an assignment of business telephone numbers listed or associated with the PuroClean® mark.

14.    The Award further ordered that, for a period of two years from the date of said award, Respondents, their agents, servants and employees and those people in active convert or participation with them, shall not engage in any restoration, mitigation, remediation or contracting business or drying and cleaning businesses that is located within any of the following:

        a.    Within zip codes 21797, 21723, 21738, 21794, 21737, 21036, 21042, and 21044.

        b.    Within a twenty-five (25) mile radius of 492 East Watersville Road, Mount Airy, Maryland 21771; or

        c.    Within the Protected Territory or Protected Office location of any franchisee of Franchisor, including the Protected Office Location or Territory of Any PUROFIRST® or PuroClean® franchisee.

15. The Award lastly Ordered Respondents to reimburse Petitioner $3,814.00 for arbitration fees and expenses in excess of the apportioned costs.

16. Respondents have failed to pay any amount of the Award.

17. This petition for confirmation is brought within one year of the rendering of the Award, and no application to vacate, modify or contest the Award has been made.

18. An action for confirmation of an arbitration award pursuant to 9 U.S.C. § 9 is usually routine or summary.  Cat Charter, LLC v. Schurtenberger, 646 F. 3d 836 (11th Cir. 2011) (quoting Cat Charter LLC v. Schurtenberger, 691 F. Supp. 2d 1339, 1342 (S.D. Fla. 2010); Riccard v. Prudential Ins. Co., 307 F.3d 1277, 1288 (11th Cir. 2002).  Additionally, "[j]udicial review of arbitration awards is 'narrowly limited,' and the FAA presumes the arbitration awards will be confirmed." Gianelli Money Purchase Plan & Trust v. ADM Inv. Servs., Inc., 146 F.3d 1309, 1312 (11th Cir. 2008) (quoting Davis v. Prudential Ins., Inc., 59 F. 3d 1186, 1188 (11th Cir. 1995)).

**WHEREFORE**, Petitioner, PuroSystems, Inc. requests:

A. Confirmation of the Arbitration Award;

B. Entry of a money judgment in favor of Petitioner, PuroSystems, Inc., and against Respondents, Shannon Beltran and Carlos Beltran, in the amount of $51,540.35, plus interest from the date of the award;

C. Injunctive Relief as provided for in the Arbitration Award attached as Exhibit "B", and as further stated above; and

D. Such other and further relief as this Court deems just and appropriate.

        s/Christian C. Burden
        Christian C. Burden
        Florida Bar No. 0065129
        **QUARLES & BRADY LLP**
        101 East Kennedy Boulevard, Suite 3400
        Tampa, Florida 33602
        813/387-0300
        FAX: 813/387-1800
        Email: chris.burden@quarles.com
                michelle.schwalbach@quarles.com
                docketing@quarles.com
        Attorneys for Petitioner